UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACOLBY HERBERT LAMAR | CIVIL ACTION |
| VERSUS | 17-8249 |
| ORLEANS PARISH DETENTION CENTER, ET AL. | SECTION: "A" (4) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of United States Magistrate Judge Roby, and the failure of the Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Roby and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the Plaintiff Jacolby Lamar's 42 U.S.C. § 1983 claims against the Defendants are **DISMISSED WITH PREJUDICE** for seeking relief against the Defendants for which relief cannot be granted and failure to state a claim.

November 5, 2019

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE